UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN GOODMAN, | ) | 1:05-CV-00693-OWW-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | AMENDED COMPLAINT |
| | ) | |
| CALDERON, et al., | ) | (Doc. 9) |
| | ) | |
| | ) | ORDER DIRECTING CLERK TO FILE |
| Defendants. | ) | LODGED AMENDED COMPLAINT |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, or to notify the court of his voluntary dismissal of this action, pursuant to the court's order of October 2, 2006. On November 9, 2006, plaintiff submitted the amended complaint which was lodged by the court on November 13, 2006. Good cause having been presented to the court, the motion for extension of time shall be granted, and the Clerk shall be directed to file the amended complaint. Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for an extension of time to file an amended complaint is granted nunc pro tunc to November 6, 2006; and

2.      The Clerk is directed to file plaintiff's amended complaint which was lodged by the court on November 13, 2006.

IT IS SO ORDERED.

**Dated:    November 21, 2006**            **/s/ Lawrence J. O'Neill**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE