IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GOODMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. CALDERON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-CV-00693-OWW-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF SEPTEMBER 24, 2008<br>(Doc. 19.) |

Plaintiff is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On September 24, 2008, the Magistrate issued findings and a recommendation entitled "Findings and Recommendation to Dismiss Complaint for Failure to Obey a Court Order." (Doc. 19.) A review of the text shows the Magistrate recommended dismissal for failure to state a claim, not for failure to obey a court order. Therefore, the title of the findings and recommendation must be corrected. To this end, the court shall vacate the findings and recommendation and re-issue them with a corrected title. Plaintiff shall be granted additional time to file objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The Magistrate's findings and recommendation issued on September 24, 2008, are VACATED in their entirety due to an incorrect title; and

2. The findings and recommendation shall be re-issued forthwith with a corrected title, and plaintiff shall be granted additional time to file objections.

IT IS SO ORDERED.

Dated:   **September 30, 2008**　　　　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE